IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.                                    CRIMINAL NO. 3:07cr135HTW-LRA

RAMON LAGOS ANDRADE

## AGREED PRELIMINARY ORDER OF FORFEITURE

PURSUANT to a separate Memorandum of Understanding between the defendant, **Ramon Lagos Andrade**, by and with the consent of his attorney, and the UNITED STATES OF AMERICA (hereafter "the Government"), the Court finds as follows:

1. The defendant is fully aware of the consequences of his having agreed to forfeit to the Government his interests in the property described below, having been apprised of such by his attorney and by this Court; and he has freely and voluntarily, with knowledge of such consequences, entered into said Memorandum of Understanding with the Government to forfeit such property.

2. The defendant agrees that the property described below constitutes, or was derived from proceeds that the said defendant obtained, directly or indirectly, as a result of the offense charged in the Indictment and/or it is property that the defendant used to commit, or to facilitate the commission of, the offense charged in the Indictment. Further, the crime charged in the Indictment is possession in and affecting commerce of a firearm, which had been previously transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2), a crime punishable by more than one year's

imprisonment. Such property is, therefore, subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

IT IS, THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:

1. All of the right, title, and interests of the defendant, **Ramon Lagos Andrade,** in and to the following property is hereby forfeited to the UNITED STATES OF AMERICA:

### PERSONAL PROPERTY

One (1) AMT "Backup" pistol, .380 caliber, serial number GAA00675

2. The United States Attorney is directed to commence the ancillary proceeding required by Title 21, United States Code, Section 853(n), by submitting for publication to the United States Marshal and/or the Department of the Treasury, the proper notice issued by the Clerk, and the United States Marshal and/or the Department of the Treasury shall cause such notice to be published once a week for three consecutive weeks in the ***Clarion Ledger***, a newspaper published in Hinds County, Mississippi and/or on an official government internet forfeiture website (www.forfeiture.gov).

3. Further, pending completion of the said ancillary proceeding or further order of the Court, the Marshal or any other federal law enforcement agency is directed to forthwith take and/or maintain possession of the above-described property.

4. By signing this document the defendant **Ramon Lagos Andrade** acknowledges that the findings made herein are correct and that he is in agreement therewith and with the adjudications made hereby.

SO ORDERED AND ADJUDGED this 18th day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
Erin O. Chalk
Assistant U.S. Attorney

_____
Ramon Lagos Andrade, Defendant

_____
Joe Hollomon, Esq.
Attorney for Ramon Lagos Andrade