IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                                              CRIMINAL ACTION NO. 3:07-CR-135HTW-LRA

RAMON LAGOS ANDRADE                                                        DEFENDANT

## FINAL ORDER OF FORFEITURE

WHEREAS, on January 18, 2008, this Court entered an Agreed Preliminary Order of Forfeiture ordering defendant Ramon Lagos Andrade to forfeit the following property:

## PERSONAL PROPERTY

One (1) AMT "Backup" pistol, .380 caliber, serial number GAA00675 (08-ICE-000096)

WHEREAS, the United States caused notice to be posted on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days, beginning on January 25, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Agreed Preliminary Order, and further notifying all third parties of their right to petition the Court within sixty (60) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no other potential claimants were known; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the aforementioned property is hereby forfeited to the United States of America pursuant to Title 18, United States Code, § 924(d)(1).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

SO ORDERED, ADJUDGED, AND DECREED this 24th day of September, 2008.

>s/ HENRY T. WINGATE
>CHIEF UNITED STATES DISTRICT JUDGE

CRIMINAL ACTION NO. 3:07-CR-135HTW-LRA
Final Order of Forfeiture